**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:   Sentinel Integrity Solutions, Inc. **V.** Mistras Group, Inc., Jody W.
                       Olson and Carey Roberts

Appellate case number:   01-12-00370-CV

Trial court case number:  1011229

Trial court:            295th District Court of Harris County

Date motion filed:      November 13, 2013

Party filing motion:    Appellant, Sentinel Integrity Solutions, Inc.

      It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/      Evelyn V. Keyes
                        Acting for the Court

Panel consists of: Justices Keyes, Higley, and Bland


Date:  December 19, 2013